UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MARCUS HAMILTON**, *et al.*,

      Plaintiffs,

  v.                                    **Civil Action 2:22-cv-1872**
                                              **Judge Michael H. Watson**
                                              **Magistrate Judge Chelsey M. Vascura**

**ROSS CORRECTIONAL INSTITUTION,**
*et al.*,

      **Defendants.**

## ORDER

This matter is before the Court on the parties' Agreed Proposed Case Scheduling Order (ECF No. 73). The Court hereby **ADOPTS** the parties' proposed deadlines and **EXTENDS** the case schedule as follows:

- All fact discovery must be completed by **June 27, 2025**;
- Primary expert reports must be produced by **July 25, 2025**;
- Rebuttal expert reports must be produced by **August 25, 2025**;
- Any dispositive motions must be filed by **September 19, 2025**;
- Responses to dispositive motions must be filed by **October 17, 2025**; and
- Replies to dispositive motions must be filed by **October 31, 2025**.

The provisions of the Preliminary Pretrial Order (ECF No. 46) remain in effect to the extent that they are not inconsistent with this Order.

    **IT IS SO ORDERED.**

                                              /s/ *Chelsey M. Vascura*
                                              CHELSEY M. VASCURA
                                              UNITED STATES MAGISTRATE JUDGE